UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN SMITH, | No. 2:14-cv-2468 CKD P |
| Petitioner, | |
| v. | ORDER |
| W. L. MONTGOMERY, et al., | |
| Respondents. | |

Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of October 27, 2014. Good cause appearing, this request will be granted.

Petitioner has also filed a motion to stay this action pending exhaustion of state remedies. As there is no petition currently before the court, this motion is premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 7) is granted;

2. Petitioner is granted thirty days from the date of this order in which to file an amended petition; and

////

////

////

////

1

1      3. Petitioner's motion to stay (ECF No. 8) is denied without prejudice to renewal.

2  Petitioner may file a motion to stay along with any amended petition.

3  Dated: December 10, 2014

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  2 / smit2468 .111